Amie REEVES, Plaintiff–Appellant

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security Administration, Defendant–Appellee

No. 15–3289

United States Court of Appeals, Eighth Circuit.

Submitted: May 24, 2016

Filed: May 27, 2016

Robert Alton Clarke, Law Offices of Robert Alton Clarke, LLC, Blue Springs, MO, for appellant.

Joshua R. Sumner, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Kristi A. Schmidt, Chief Counsel, Region VII, Soc. Sec. Admin., Kansas City, MO, of counsel, on the brief), for appellee.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Amie Reeves appeals the district court's [1] order affirming the denial of supplemental security income and disability insurance benefits. Upon de novo review, see Lott v. Colvin, 772 F.3d 546, 548–49 (8th Cir. 2014), we conclude that the two narrow issues Ms. Reeves identifies do not provide a basis for reversing the administrative law judge's (ALJ's) determination that she is not disabled. To warrant remand, a claimant must show prejudice from an error during administrative proceedings, see Samons v. Astrue, 497 F.3d 813, 821 (8th Cir. 2007); and an ALJ's failure to cite certain evidence does not indicate that the evidence was not considered, see Craig v. Apfel, 212 F.3d 433, 436 (8th Cir. 2000). The judgment of the district court is affirmed.

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.